UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24050-CIV-JAL

MACBEG DE OCCIDENTE S.A. de
C.V., a foreign corporation,

        Plaintiff,

v.

KALOTI METALS & LOGISTICS, LLC,
a Florida limited liability company,

        Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff, MACBEG DE OCCIDENTE S.A. de C.V., and Defendant, KALOTI METALS & LOGISTICS, LLC, by and through their respective undersigned counsel, hereby stipulate to the immediate dismissal of the above-styled action with prejudice, with each party to bear their own respective attorney's fees and costs.  Upon telephonic notice from counsel on February 19, 2014, this Court previously entered a paperless order dismissing the case without prejudice, and providing 30 days for the parties to seek dismissal with prejudice.  [D.E. 52].  The parties hereby file this joint stipulation and request that said order be amended to dismiss the above-styled action with prejudice.

      AGREED and STIPULATED to this 17th day of March, 2014.

Case No. 12-24050-CIV-JAL

Respectfully submitted,

| **HOLLAND & KNIGHT LLP** | **AKERMAN LLP** |
|---|---|
| /s_ Rebecca J. Cañamero_____ | /s_ Michael O. Mena_____ |
| Daniel S. Fridman, 176478 | Michael O. Mena, 010664 |
| Email: daniel.fridman@hklaw.com | Email: michael.mena@akerman.com |
| Rebecca J. Cañamero, 086424 | Ilana Tabacinic, 057597 |
| Email: rebecca.canamero@hklaw.com | Email: ilana.tabacinic@akerman.com |
| 701 Brickell Ave., Suite 3000 | One Southeast Third Avenue, 25th Floor |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 374-8500 | Telephone: (305) 374-5600 |
| Facsimile: (305) 789-7799 | Facsimile: (305) 374-5095 |
| *Attorneys for Kaloti Metals & Logistics, LLC* | *Attorneys for Macbeg de Occidente, S.A.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on March 17, 2014, on all counsel or parties of record on the Service List below.

/s_ Michael O. Mena_____

## SERVICE LIST

| Daniel S. Fridman, Esq. | Mauricio Padilla, Esq. |
|---|---|
| Rebecca Canamero, Esq. | Rick Yabor, Esq. |
| HOLLAND & KNIGHT LLP | PADILLA LAW, P.A. |
| 701 Brickell Avenue | 2200 South Dixie Highway |
| Suite 3000 | Suite 704 |
| Miami, Florida 33131-1704 | Coconut Grove, Florida 33133 |
| *Counsel for Defendant* | *Co-Counsel for Defendant* |